IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ABBY BURNS, | * | NO. 3:21-cv-3016 |
| Plaintiff, | * | |
| v. | * | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and AMERICAN FAMILY INSURANCE COMPANY, S.I., (AFMICSI) PLAN, | * | DISMISSAL WITHOUT PREJUDICE |
| Defendant. | * | |

COMES NOW the Plaintiff, Abby Burns, and hereby dismisses her claim against American Family Insurance Company, S.I., (AFMICSI) Plan without prejudice. This dismissal is directed only towards Plaintiff's claim against American Family Insurance Company, S.I., (AFMICSI) Plan, and should have no affect on Plaintiff's claim against Unum Life Insurance Company of America.

_____
Jason D. Neifert AT0005681
Neifert, Byrne & Ozga, P.C.
1441 29th Street, Suite 111
West Des Moines, IA 50266
PH: (515) 226-2117
FAX: (515) 226-2497
Email: jneifert@nbolawfirm.com